# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY L. DRYDEN,
                        **Appellant,**
      vs.
PHILLIP BURNS; JANITA FAIN;
KAREN STRONG; JAMIE DAVIDSON;
JEFF WELLS; JAY SOUZA; ERIN
FARRAR; STEPHANNE MUSSER;
JAMES KAIKAS, EACH IN THEIR
OFFICIAL CAPACITY; OFFICE OF
STUDENT CONDUCT, A UNIT OF THE
UNIVERSITY OF NEVADA; AND
NEVADA SYSTEM OF HIGHER
EDUCATION,
                        **Respondents.**

No. 71126

FILED

DEC 02 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order declaring appellant a vexatious litigant. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule appears to authorize an appeal from an

16-37361

order declaring a party to be a vexatious litigant. Accordingly, we conclude that we lack jurisdiction over the appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry _____ , J.
Cherry

_____ Douglas _____ , J.
Douglas

_____ Gibbons _____ , J.
Gibbons

cc:    Hon. Richard Scotti, District Judge
       Jeffrey L. Dryden
       University of Nevada, Las Vegas, Office of General Counsel
       Eighth District Court Clerk